**Order entered December 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01524-CR
No. 05-18-01525-CR
No. 05-18-01526-CR

**JUAN MIGUEL LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-00358-N, F17-00360-N & F17-00362-N**

## ORDER

Before the Court is the State's December 10, 2019 second motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/     BILL PEDERSEN, III
        JUSTICE